**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ON Marine Services Company LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-0158970** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11 Stanwix Street, 21st Floor Pittsburgh, PA 15222** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Allegheny** | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **ON Marine Services Company LLC**_____  Case number (*if known*)_____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ■ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____ When _____ Case number, if known _____

Debtor **ON Marine Services Company LLC** _____  Case number (*if known*) _____

Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

*The estimates contained in response to Nos. 14-16 exclude asbestos-related liabilities.

Debtor **ON Marine Services Company LLC**　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**01/02/2020**
　　　　　　　MM / DD / YYYY

**X** **/s/ Kevin J. Whyte**　　　　　　　　　　**Kevin J. Whyte**
Signature of authorized representative of debtor　　Printed name

Title　**Senior Vice President**

**18. Signature of attorney**

**X** **/s/ Luke A. Sizemore**　　　　　　　　　Date　**01/02/2020**
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**Luke A. Sizemore**
Printed name

**Reed Smith LLP**
Firm name

**225 Fifth Avenue**
**Suite 1200**
**Pittsburgh, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone　**412-288-3131**　　　Email address　**lsizemore@reedsmith.com**

**306443 PA**
Bar number and State

## ON MARINE SERVICES COMPANY LLC

### Officer's Certificate

I, Kevin J. Whyte, Senior Vice President Legal and Secretary of ON Marine Services Company LLC (the "Company"), a Delaware limited liability company, hereby certify as of the date hereof that:

> Attached hereto as **Exhibit A** are the resolutions (the "Resolutions") duly adopted by the Board of Directors on behalf of the Company related to the Company's voluntary petition under chapter 11 of the Bankruptcy Code and the retention of professionals. The Resolutions have not been amended, modified, or rescinded and remain in full force and effect on the date hereof.

IN WITNESS HEREOF, I have hereunto signed my name to this Officer's Certificate this 2 day of January, 2020.

Kevin J. Whyte
Senior Vice President Legal and Secretary

# EXHIBIT A

Resolutions

(Attached)

US_ACTIVE-150634288

## ON MARINE SERVICES COMPANY LLC

Chapter 11 Petition

     RESOLVED, that the officers of the Company (collectively, the Designated Officers") shall be, and each of them, with the full authority to act without the others, hereby is, authorized and empowered, on behalf of the Company, to execute and verify the Chapter 11 Petition in the name of the Company under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the United States Bankruptcy Court for the Western District of Pennsylvania, in such form and at such times as the Designated Officer executing the Chapter 11 Petition on behalf of the Company shall determine in such officer's sole discretion; and it is

     FURTHER RESOLVED, that the Designated Officers shall be, and each of them, with the full authority to act without the others, hereby is, authorized and empowered, on behalf of the Company, to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on their behalf) all the necessary documents including, but not limited to, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, consultants, accountants, or other professionals and to take any and all other actions, that the Designated Officers or any of them deem necessary, proper, or desirable in connection with the chapter 11 case in such officer's or officers' sole discretion; and it is

     FURTHER RESOLVED, that the Designated Officers shall be, and each of them, with the full authority to act without the others, hereby is, authorized and empowered, on behalf of the Company, to take or cause to be taken, from time to time, any and all such further action, and to execute and deliver, or to cause to be executed and delivered all such further agreements, documents, certificates, and undertakings including, but not limited to, amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses in the Designated Officer's judgment shall be necessary, appropriate, or advisable, to effectuate the purpose and intent of these resolutions; and it is

     FURTHER RESOLVED, that the Designated Officers shall be, and each of them, with the full authority to act without the others, hereby is, authorized and empowered, on behalf of the Company, to retain the law firm of Reed Smith LLP, Reed Smith Centre, 225 Fifth Avenue, Suite 1200, Pittsburgh, Pennsylvania, 15222, as attorneys for the Company in connection with the Company's chapter 11 case on such terms as such officer or officers shall approve; and it is

     FURTHER RESOLVED, that the Designated Officers shall be, and each of them, with the full authority to act without the others, hereby is, authorized and empowered, on behalf of the Company, to retain such other professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, claims and noticing agents, administrative agents, or brokers, in each case as they deem necessary or desirable in connection with the Company's chapter 11 case and other related matters, on such terms as such officer or officers shall approve; and it is

     FURTHER RESOLVED, that all acts lawfully done or actions taken by the Designated Officers or any of them to seek relief on behalf of the Company under chapter

11 of the Bankruptcy Code, or in any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

General

RESOLVED, that the Designated Officers shall be, and each of them, with the full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of the Company, to pay all necessary and reasonable fees and expenses incurred in connection with the Company's chapter 11 case and the transactions contemplated by these resolutions; and it is

FURTHER RESOLVED, that all actions heretofore taken by any of the Designated Officers in connection with the Company's chapter 11 case and the transactions contemplated by the foregoing resolutions be, and each of them hereby is, approved, ratified, and affirmed in all respects; and it is

FURTHER RESOLVED, that the Designated Officers shall be, and each of them, with the full authority to act without the others, hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to execute and deliver all such documents and instruments and to do all such acts or things as they or any of them shall determine to be necessary, proper, or advisable to carry out the purposes of the foregoing resolutions.

US_ACTIVE-150634288